# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINOD RAO,<br><br>                Petitioner,<br><br>v.<br><br>SEAN BYERS,<br><br>                Respondent | Case No.: 24-cv-1576-BJC-AHG<br><br>**ORDER GRANTING MOTION TO ELECTRONICALLY FILE DOCUMENTS**<br><br>**[ECF No. 14]** |

Before the Court is Petitioner's Motion for Leave to Electronically File Documents. ECF No. 14. Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." Civ. L. R. 5.4(a). However, with respect to *pro se* litigants, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Electronic Case Filing Administrative Policies and Procedures Manual, § 2(b) (January 22, 2025), available at https://www.casd.uscourts.gov/rules/local-rules.aspx [hereinafter ECF Manual]. "A *pro se* party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.* The ECF Manual

refers to the Court's official website for CM/ECF technical specifications, which include a "[c]omputer running on Windows or Macintosh," "[s]oftware to convert documents from a word processor format to portable document format (PDF)," such as Adobe Acrobat 7.0 and higher, "[i]nternet access supporting a transfer rate of 56kb or higher," a compatible browser, a "[s]canner to image non-computerized documents 400 pixels per inch (ppi)," and a PACER account.  United States District Court, Southern District of California, CM/ECF Information: General Info, https://www.casd.uscourts.gov/cmecf.aspx (last visited June 2, 2025).

Here, Petitioner affirms that he has satisfied the above requirements and already has a PACER account.  ECF No. 14 at 2.  Therefore, the Court **GRANTS** Petitioner's Motion and **ORDERS** him to contact the Clerk's Office and confirm that he is registered as a user and subscriber to PACER pursuant to section 2(b) of the ECF Manual.  *See* ECF No. 14.

**IT IS SO ORDERED**.

Dated: June 16, 2025

*[signature: Bryan Cheeks]*

Honorable Benjamin J. Cheeks
United States District Judge