**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINOD RAO,<br>Petitioner,<br>v.<br>SEAN BYERS, *et al.*,<br>Respondents. | Case No.: 24-cv-1576-BJC-AHG<br>24-cv-1562-BJC-AHG<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AS MOOT** |

Petitioner Vinod Rao filed the instant habeas petition, challenging his removal order and his detention by Immigration and Customs Enforcement ("ICE"). *See Rao v LaRose*, 24-cv-1562 BJC-AHG, Second Amended Petition ("SAP").[1] Petitioner asks the Court to "vacate" the "inadmissibility determination," to "release [him], if not remove [him] on the first available means of transport." *Id.* at 8.

On November 20, 2024, the Court issued a briefing schedule. ECF No. 5. Respondents filed a Return on December 27, 2024, and Petitioner filed a Traverse on

[1] On August 30, 2024, Petitioner filed two habeas petitions that were initially docketed separately. *See Rao v LaRose*, Case No. 24-cv-1562-BJC-AHG (S.D. Cal.) ("*Rao I*") and *Rao v. Byers*, 24-cv-1576-BJC-AHG (S.D. Cal.) ("*Rao II*"). Petitioner filed a Second Amended Petition dated September 16, 2024, that was docketed on September 24, 2024. *Rao I* at ECF No. 4. The two cases were subsequently consolidated and *Rao I* was closed. *See id.* at ECF No. 11.

January 10, 2025. ECF Nos. 4; 5.

Respondents argue Petitioner's habeas petition is moot and should be dismissed for lack of subject matter jurisdiction. ECF No. 16. The Court agrees.

Respondent's supporting evidence demonstrates that Petitioner was removed from the country on September 18, 2024. ECF No. 16-1 at 16–17. Petitioner's removal moots his pending challenge to his immigration detention. *See Abdala v. I.N.S.*, 488 F.3d 1061, 1065 (9th Cir. 2007) (holding that since petitioner's "habeas claims challenged only the length of his detention, as distinguished from the lawfulness of the deportation order... [h]is petition was . . . moot by his removal."); *see also Ochoa v. Warden, Golden State Annex Det. Facility*, No. 1:26-CV-02727 DC SCR, 2026 WL 1637952 (E.D. Cal. June 5, 2026), *report and recommendation adopted*, No. 1:26-CV-02727-DC-SCR (HC), 2026 WL 2087210 (E.D. Cal. July 20, 2026) (finding that "Petitioner's removal moots his pending challenge to his immigration detention").

Accordingly, the Court **DENIES** the pending section 2241 petition requesting immediate release as moot. The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

Dated: October 22, 2026

Honorable Benjamin J. Cheeks
United States District Judge